The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALIKA BENNETT, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>and<br><br>STATE OF WASHINGTON,<br><br>Proposed Plaintiff-Intervenor,<br><br>v.<br><br>PERF OPCO, LLC d/b/a PERFUMANIA,<br><br>Defendant. | NO. 2:26-cv-01822-KKE<br><br>STATE OF WASHINGTON'S STIPULATED MOTION AND ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b) |

Proposed Plaintiff-Intervenor the State of Washington respectfully requests that the Court grant its intervention as a matter of right in the above-captioned matter for the limited purpose of defending the constitutionality of the Washington Commercial Electronic Mail Act (CEMA), Wash. Rev. Code Chapter 19.190. Defendant Perf OpCo, LLC d/b/a Perfumania's Motion to Dismiss (Dkt. 18) argues that CEMA violates Article II, Section 37 of the Washington Constitution; violates the dormant Commerce Clause; and is preempted by the federal CAN-

SPAM statute. On June 17, 2026, Defendant filed and served notice of the constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b). Dkt. 19.

Pursuant to 28 U.S.C. § 2403(b), the State "shall [be] permit[ted] . . . to intervene . . . on the question of constitutionality." "Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed . . . . Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c).

The State is prepared to file its substantive brief in opposition to Defendant's Motion to Dismiss by **August 17, 2026.** The parties further agree and stipulate that Defendant may file a reply to the State's brief in opposition to the Motion to Dismiss and that Defendant's reply will be due on or before **August 31, 2026**. Further, the parties stipulate, subject to court approval, that Defendant will receive a page limit of 4,200 words for its reply. Finally, to accommodate the State's intervention and submission of a brief, the parties agree and request the Motion to Dismiss be re-noted for hearing on **August 31, 2026**.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 30, 2026

NICHOLAS W. BROWN
Attorney General

*/s Ben Brysacz*
BEN BRYSACZ, WSBA #54683
Assistant Attorney General

*/s Claire McNamara*
CLAIRE MCNAMARA, WSBA #50097
Assistant Attorney General

Attorneys for Movant State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
ben.brysacz@atg.wa.gov
claire.mcnamara@atg.wa.gov

*I certify that this memorandum contains 298 words, in compliance with the Local Civil Rules.*

Dated: July 30, 2026

STRAUSS BORRELLI PLLC

*s/ Samuel Strauss (with permission)*

SAMUEL J. STRAUSS, WSBA #46971
RAINA C. BORRELLI, *pro hac vice*
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

STRANCH, JENNINGS & GARVEY PLLC

*s/ Michael Tackeff (with permission)*

MICHAEL C. TACKEFF, *pro hac vice* forthcoming
J. GERARD STRANCH IV, *pro hac vice* forthcoming
ANDREW K. MURRAY, *pro hac vice* forthcoming
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchllaw.com
amurray@stranchlaw.com

COHENMALAD LLP

LYNN A. TOOPS, *pro hac vice*
NATALIE A. LYONS, *pro hac vice*
IAN R. BENSBERG, *pro hac vice*
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 827-7729
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

*Attorneys for Plaintiff*

Dated: July 30, 2026

HONIGMAN LLP

*s/ Michael Dauphinais (with permission)*

MOLLY K. MCGINLEY, *pro hac vice*
321 N Clark St, Suite 500
Chicago, IL 60654
mmcginley@honigman.com

SHANNON C. DUGGAN, *pro hac vice*
MICHAEL J. DAUPHINAIS, *pro hac vice*
660 Woodward Ave, Suite 2290
Detroit, MI 48226
sduggan@honigman.com
mdauphinais@honigman.com

GORDON REES SCULLY MANSUKHANI, LLP

*s/Lauren Lee (with permission)*

PATRICK JORDAN, WSBA #40292
LAUREN LEE, WSBA #64467
701 5th Avenue, Suite 2100
Seattle, WA 98104
pjordan@grsm.com
ldlee@grsm.com
Telephone: (206) 695-5100

*Attorneys for Defendant Perf OpCo, LLC, d/b/a Perfumania*

**ORDER**

The stipulated motion (Dkt. No. 30) is GRANTED. The State of Washington may intervene as an intervenor-plaintiff as a matter of right in this case for the limited purpose of defending the constitutionality of Washington's Commercial Electronic Mail Act. The clerk is directed to RE-NOTE the Motion to Dismiss (Dkt. No. 18) for August 31, 2026.

Dated this 31st day of July, 2026.

Kymberly K. Evanson
United States District Judge